# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2799
LT Case No. 2023-MM-001194

———————————————

CAMILLE A. ABBOUD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the County Court for St. Johns County.
Casey L. Woolsey, Judge.

Camille A. Abboud, St. Augustine, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 25, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____